UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. DEMPSEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Case No. CV408-142 |
| | ) |
| AL ST. LAWRENCE, and the | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner moves the Court to return to him the exhibits he filed in support of his § 2254 habeas petition. (Docs. 25 & 26.) He states that they would be helpful in his 42 U.S.C. § 1983 case, CV407-141. (Doc. 26.) Those exhibits are now part of the Court's record. Should Dempsey require them, he may request copies from the Clerk, but he will be required to pay the standard fee of $ .50 per page. His IFP status does not dictate a contrary result. *See Tabron v. Grace*, 6 F.3d 147, 158-59 (3d Cir. 1993), quoted in *Doye v. Colvin*, 2009 WL 764980 at *1 (S.D.Ga. Mar. 23, 2009)

(unpublished). Consequently, his motions to return exhibits (docs. 25 & 26) are **DENIED**.

**SO ORDERED** this  8th  day of June, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**